JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 15-2084-DOC (KESx)                    Date:  December 30, 2015

Title: KEVIN E. MONSON V. WILLIAM MARTIN TEZAK

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

      Deborah Goltz                               Not Present
      Courtroom Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
        None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING ACTION TO**
**SUPERIOR COURT [8]**

        Before the Court is Plaintiff Kevin E. Monson's ("Plaintiff" or "Monson") Ex
Parte Application to Remand Case to Orange County Superior Court ("Application")
(Dkt. 8). After considering the Application and the record, the Court determines the case
was improperly removed and the Court lacks subject matter jurisdiction over the case.
Accordingly, the case is REMANDED to Orange County Superior Court.

**I.     Background**

        On June 23, 2015, Plaintiff brought an unlawful detainer action against Defendant
William Martin Tezak ("Defendant" or "Tezak"). App. at 3. Defendant removed the
unlawful detainer action to this Court on November 23, 2015. *Id.* On December 2, 2015,
this Court remanded the action to Orange County Superior Court. *See Monson v. Tezak*,
Case No. SA CV 15-1960-DOC (KESx), 2015 WL 7776874 (C.D. Cal Dec. 2, 2015).

        On December 16, 2015, Defendant again removed this case to federal court.
Notice of Removal (Dkt. 1). The matter was transferred to this Court on December 29,
2015. *See* Order to Reassign Case (Dkt. 10).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 15-2084-DOC (KESx)                    Date: December 30, 2015
                                                                    Page 2

## II.    Disposition

      For the same reasons stated in its original remand order, the Court GRANTS the Application and REMANDS this action to the Superior Court of California, County of Orange, Central Justice Center, No. 30-2015-00794931-CL-UD-CJC.

      The Court warns Plaintiff that further abuse of the judicial process may result in sanctions.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: djg
CIVIL-GEN